UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------------------

DONNELL BLUDSON,

                                    Petitioner,

    **-v.-**

                                    Civil Action No.
                                    9:06-cv-474 (GLS/RFT)

SUPERINTENDENT,

                                  Respondent.
--------------------------------------------------------------------------------

APPEARANCES:                       OF COUNSEL:

**FOR THE PETITIONER:**

DONNELL BLUDSON
Petitioner, *Pro Se*
99-B-0477
Green Haven Correctional Facility
P.O. Box 4000
Stormville, New York 12582

**FOR THE RESPONDENT:**

HON. ANDREW M. CUOMO         ASHLYN H. DANNELLY
Attorney General for the            Assistant Attorney General
   State of New York
120 Broadway
New York, New York 10271


GARY L. SHARPE,
U.S. DISTRICT JUDGE

**ORDER**

The above-captioned matter comes to this court following a Report-Recommendation by Magistrate Judge Randolph F. Treece, duly filed February 23, 2009  Following ten days from the service thereof, the Clerk has sent the file, including any and all objections filed by the parties herein.

No objections having been filed, and the court having reviewed the Magistrate Judge's Report-Recommendation for clear error, it is hereby

ORDERED, that the Report-Recommendation of Magistrate Judge Randolph F. Treece filed February 23, 2009 is ACCEPTED in its entirety for the reasons state therein, and it is further

ORDERED, that the Petition for a Writ of *Habeas Corpus* is DENIED, and it is further

ORDERED, that because the Court finds Petitioner has not made a "substantial showing of the denial of a constitutional right" pursuant to 28 U.S.C. § 2253(c)(2), no certificate of appealability will be issued with respect to any of Petitioner's claims.  *See* 28 U.S.C. § 2253(c)(2)("A certificate of appealability may issue...only if the applicant has made a substantial showing of a denial of a constitutional right."); *see also Lucidore v. New York State Div. of Parole,* 209 F. 3d 107, 112 (2d Cir. 2000) *cert. denied* 531 U.S.

873 (2000); and it is further

     ORDERED, that the Clerk of the Court is directed to close this case.

IT IS SO ORDERED

Dated:    March 16, 2009
            Albany, New York

*/s/ Gary L. Sharpe*
Gary L. Sharpe
U.S. District Judge